**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PAUL J DANNHARDT
    SARA J DANNHARDT
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:14-21456 JAD

Chapter 13

Document No.: 94

## ORDER OF COURT

AND NOW, this ___15th___ day of ___July___, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

FILED
8/15/18 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 14-21456-JAD
Paul J Dannhardt                                                Chapter 13
Sara J Dannhardt
      Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin              Page 1 of 2           Date Rcvd: Aug 15, 2018
                              Form ID: pdf900         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db/jdb         +Paul J Dannhardt,   Sara J Dannhardt,   5772 Front Street,   Verona, PA 15147-3158
intp           +Giant Eagle, Inc.,   Attn: Payroll Department,   101 Kappa Drive,   Pittsburgh, PA 15238-2833
r              +Jerry Labriola,   Northwood Realty Services,   11722 Frankstown Road,
                 Pittsburgh, PA 15235-3433
cr             +Office of Attorney General Department of Revenue,   Robert C. Edmundson,   564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
cr             +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982
13832124        Commonwealth of PA,   PO Box 280948,   Harrisburg, PA 17128-0948
13837704       +PNC BANK,   P O BOX 94982,   CLEVELAND OHIO 44101-4982
13832129       +Penn Hills School District,   260 Aster Street,   Pittsburgh, PA 15235-2060
13893808       +Peoples Natural Gas Company LLC,   375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13832130       +Pnc Bank,   Attn: Bankruptcy,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13832131       +Spartan Financial Svc,   13730 S Point Blvd,   Charlotte, NC 28273-7715
13832133       +Wells Fargo Bank Nv Na,   Attn: Deposits Bankruptcy MAC# P6103-05K,   Po Box 3908,
                 Portland, OR 97208-3908
13900046       +Wells Fargo Bank, N.A.,   1 Home Campus,   MAC X2303-01A,   Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13832121       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 16 2018 02:22:52     Asset Acceptance,
                 Attn: Bankrupcy Dept,   Po Box 2036,   Warren, MI 48090-2036
13832122       +E-mail/Text: bankruptcy@cavps.com Aug 16 2018 02:23:23     Calvary Portfolio Services,
                 Attention: Bankrupcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-2321
13843034       +E-mail/Text: bankruptcy@cavps.com Aug 16 2018 02:23:23     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13832123       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 16 2018 02:22:16
                 Comenity Bank/The Sports Authority (TSA),   Attention: Bankruptcy,   Po Box 182686,
                 Columbus, OH 43218-2686
13904142       +E-mail/Text: kburkley@bernsteinlaw.com Aug 16 2018 02:23:48     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13832126       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2018 02:22:56     Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13832128       +E-mail/Text: egssupportservices@alorica.com Aug 16 2018 02:23:15     Osi Collect,
                 507 Prudential Rd.,   Horsham, PA 19044-2308
13839104        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2018 02:22:34
                 Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
13844498        E-mail/Text: tidewaterlegalebn@twcs.com Aug 16 2018 02:22:05     Tidewater Finance Company,
                 P.O. Box 13306,   Chesapeake, VA 23325
13832132       +E-mail/Text: tidewaterlegalebn@twcs.com Aug 16 2018 02:22:05     Tidewater Credit Servi,
                 6520 Indian River Rd,   Virginia Beach, VA 23464-3439
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr             ##+Penn Hills School District and Municipality of Pen,   Maiello Brungo & Maiello, LLP,
                 3301 McCrady Road,   Pittsburgh, PA 15235-5137
13832125       ##+Maiello Brungo & Maiello,   3301 McCrady Raod,   Pittsburgh, PA 15235-5137
13832127       ##+Municipalty of Penn Hills,   c/o MB&M,   3301 McCrady Road,   Pittsburgh, PA 15235-5137
13866641       ##+Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                                   TOTALS: 1, * 0, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: lfin              Page 2 of 2               Date Rcvd: Aug 15, 2018
                              Form ID: pdf900         Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William F. Dannhardt    on behalf of Joint Debtor Sara J Dannhardt wfdesquire@gmail.com
              William F. Dannhardt    on behalf of Debtor Paul J Dannhardt wfdesquire@gmail.com
                                                                                             TOTAL: 8
```